**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| PENN AMERICA INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-1565 |
| | § | |
| AMERIFIT WELLNESS CENTER, | § | |
| L.L.C., *et al.* | § | |
| | § | |
| Defendants. | § | |

## ORDER

This order sets forth a schedule for the case, as stated on the record at the initial conference on September 24, 2010. The parties must complete discovery on the reformation issue by **January 14, 2011**. The plaintiff must file its motion for summary judgment by **January 28, 2011**. The defendant must respond and file any cross-motion by **February 18, 2011.**

SIGNED on November 12, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge